

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00283-CR

**IN RE** Martin **FELAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On September 5, 2014, relator filed a second motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on October 2nd, 2014.           PER CURIAM

ATTESTED TO: _____
                    Keith E. Hottle
                    Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005CR2635, styled *The State of Texas v. Martin Felan*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.